**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MALLINCKRODT US LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIBERTY MUTUAL INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 4:12-CV-01340-CDP |

### DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Mallinckrodt US LLC hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

    United States Surgical Corporation

    Covidien plc (indirect)

2. Subsidiaries not wholly owned by the corporation:

    Mallinckrodt Medical S.A. de C.V.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

    Mallinckrodt US LLC is an indirectly held wholly-owned subsidiary of the ultimate parent company Covidien plc, a publically held Irish Corporation with its U.S. principal place of

business at 15 Hampshire Street, Mansfield, Massachusetts. Accordingly, Covidien plc owns (indirectly) more than 10% of the stock of Mallinckrodt US LLC.

Dated: August 17, 2012.

Respectfully submitted,

POLSINELLI SHUGHART, P.C.

By: /s/ Troy B. Froderman
Troy B. Froderman, #012717AZ
One East Washington Street, Suite 1200
Phoenix, Arizona 85004
TEL: (602) 650-2000
FAX: (602) 264-7033
tfroderman@polsinelli.com

and

William J. Gust, # 60826
100 South Fourth Street, Suite 1000
St. Louis, Missouri 63102
TEL: (314) 889-8000
FAX: (314) 231-1776
wgust@polsinelli.com

ATTORNEYS FOR PLAINTIFF
MALLINCKRODT US LLC

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 17, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent Notice of Electronic Filing to the following:

William Gust, Polsinelli Shughart, P.C.
  wgust@polsinelli.com
*Attorneys for Plaintiff Mallinckrodt US LLC*


John P. Kemppainen, Rynearson, Suess, Schnurbusch & Champion, LLC
  jkemppainen@rssclaw.com
Heather J. Hayes Rynearson, Suess, Schnurbusch & Champion, LLC
  hhayes@rssclaw.com
*Attorneys for Defendant Liberty Mutual Insurance Company*

             /s/ Troy B. Froderman
             Troy B. Froderman

2830557.1