**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MALLINCKRODT US LLC, ) | |
| ) | Case No. 4:12-CV-01340-CDP |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I, Tiffany J. Andersen, attorney for Plaintiff Mallinckrodt US LLC, certify that on September 4, 2012, true copies of Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss and to Compel Arbitration were served via electronic mail and by Federal Express on:

John P. Kemppainen
Heather J. Hays
Rynerson, Suess, Schnurbusch & Champion, LLC
500 N. Broadway, Ste. 1550
St. Louis, MO  63102
jkemppainen@rssclaw.com
hhays@rssclaw.com

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: September 4, 2012

Respectfully submitted,

        POLSINELLI SHUGHART, P.C.

        By: /s/ Tiffany J. Andersen
        Troy B. Froderman, #012717AZ
        Tiffany J. Andersen *admitted pro hac vice*
        One East Washington Street, Suite 1200
        Phoenix, Arizona 85004
        TEL: (602) 650-2000
        FAX: (602) 264-7033
        tfroderman@polsinelli.com
        tandersen@polsinelli.com

        and

        William J. Gust, # 60826
        100 South Fourth Street, Suite 1000
        St. Louis, Missouri 63102
        TEL: (314) 889-8000
        FAX: (314) 231-1776
        wgust@polsinelli.com

        ATTORNEYS FOR PLAINTIFF
        MALLINCKRODT US LLC

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 4, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent Notice of Electronic Filing to the following:

William Gust, Polsinelli Shughart, P.C.
  wgust@polsinelli.com
Tiffany J. Andersen, Polsinelli Shughart, P.C.
  tandersen@polsinelli.com
Troy B. Froderman, Polsinelli Shughart, P.C.
  tfroderman@polsinelli.com
***Attorneys for Plaintiff Mallinckrodt US LLC***

John P. Kemppainen, Rynearson, Suess, Schnurbusch & Champion, LLC
  jkemppainen@rssclaw.com
Heather J. Hayes, Rynearson, Suess, Schnurbusch & Champion, LLC
  hhayes@rssclaw.com
***Attorneys for Defendant Liberty Mutual Insurance Company***


            /s/ Tiffany J. Andersen
            Tiffany J. Andersen