# UNITED STATES DISTRICT COURT
# DISTRICT OF MISSOURI EASTERN

| | |
|---|---|
| MALLINCKRODT US LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) CIVIL ACTION NO. 4:12-CV-01340-CDP |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff Mallinckrodt US LLC and Defendant Liberty Mutual Insurance Company (collectively, the "Parties") hereby give notice that they have reached a partial settlement in the above-captioned matter.  The Parties are in the process of preparing the appropriate settlement documentation and anticipate filing a stipulation of dismissal with prejudice of Counts II – V of the Complaint in due course.  Plaintiff continues to pursue Count I of the Complaint in accordance with the deadlines set forth in the Court's Order dated April 12, 2013 (ECF Doc. No. 41).

Dated:  May 3, 2013.

Respectfully submitted,

| POLSINELLI PC | RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC |
|---|---|
| By: /s/ *Tiffany J. Andersen*<br>   Troy B. Froderman, #012717AZ<br>   Tiffany J. Andersen, *admitted pro hac vice*<br>   One E. Washington St., Ste. 1200<br>   Phoenix, AZ 85004<br>   TEL: (602) 650-2000<br>   FAX: (602) 264-7033 | By: /s/ *Robert A. Kole*  (with permission)<br>   John P. Kemppainen, #42461<br>   Heather J. Hays, #47634<br>   500 N. Broadway, Ste. 1550<br>   St. Louis, MO 63102<br>   TEL: (314) 421-4430<br>   FAX: (314) 421-4431 |

2846958.2

- 2 -

| | |
|---|---|
| tfroderman@polsinelli.com<br>tandersen@polsinelli.com<br><br>and<br><br>William J. Gust, #60826<br>100 S. Fourth St., Ste. 1000<br>St. Louis, MO 63102<br>TEL: (314) 889-8000<br>FAX: (314) 231-1776<br>wgust@polsinelli.com<br><br>ATTORNEYS FOR PLAINTIFF<br>MALLINCKRODT US LLC | jkemppainen@rssclaw.com<br>hhays@rssclaw.com<br><br>and<br><br>CHOATE, HALL & STEWART LLP<br>Robert A. Kole, *admitted pro hac vice*<br>Two International Pl.<br>Boston, MA 02110<br>TEL: (617) 248-5000<br>FAX: (617) 248-4000<br>rkole@choate.com<br><br>ATTORNEYS FOR DEFENDANT<br>LIBERTY MUTUAL INSURANCE<br>COMPANY |

2846958.2

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 3, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent Notice of Electronic Filing to the following:

William Gust, Polsinelli PC
       wgust@polsinelli.com
Tiffany J. Andersen, Polsinelli PC
       tandersen@polsinelli.com
Troy B. Froderman, Polsinelli PC
       tfroderman@polsinelli.com
***Attorneys for Plaintiff Mallinckrodt US LLC***

John P. Kemppainen, Rynearson, Suess, Schnurbusch & Champion, LLC
       jkemppainen@rssclaw.com
Heather J. Hayes, Rynearson, Suess, Schnurbusch & Champion, LLC
       hhayes@rssclaw.com
Robert A. Kole, Choate, Hall & Stewart LLP
       rkole@choate.com
***Attorneys for Defendant Liberty Mutual Insurance Company***

       /s/ Tiffany J. Andersen

2846958.2