# UNITED STATES DISTRICT COURT
# DISTRICT OF MISSOURI EASTERN

| | |
|---|---|
| MALLINCKRODT US LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 4:12-CV-01340-CDP |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(1), it is hereby stipulated that each and every claim and/or cause of action asserted against Defendant Liberty Mutual Insurance Company in the above-captioned matter is dismissed with prejudice, with each party to bear its own costs and legal fees, and waiving any right of appeal.

/…/…/

/…/…/

/…/…/

Respectfully submitted,

| POLSINELLI PC | RYNEARSON, SUESS, SCHNURBUSCH & CHAMPION, LLC |
|---|---|
| By: /s/ *Tiffany J. Andersen*<br>　Troy B. Froderman, #012717AZ<br>　Tiffany J. Andersen, *admitted pro hac vice*<br>　One E. Washington St., Ste. 1200<br>　Phoenix, AZ 85004<br>　TEL: (602) 650-2000<br>　FAX: (602) 264-7033<br>　tfroderman@polsinelli.com<br>　tandersen@polsinelli.com | By: /s/ *Robert A. Kole (with permission)*<br>　John P. Kemppainen, #42461<br>　Heather J. Hays, #47634<br>　500 N. Broadway, Ste. 1550<br>　St. Louis, MO 63102<br>　TEL: (314) 421-4430<br>　FAX: (314) 421-4431<br>　jkemppainen@rssclaw.com<br>　hhays@rssclaw.com |
| and | and |

| | |
|---|---|
| William J. Gust, #60826<br>100 S. Fourth St., Ste. 1000<br>St. Louis, MO 63102<br>TEL: (314) 889-8000<br>FAX: (314) 231-1776<br>wgust@polsinelli.com<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*MALLINCKRODT US LLC* | CHOATE, HALL & STEWART LLP<br><br>Robert A. Kole, *admitted pro hac vice*<br>Two International Pl.<br>Boston, MA 02110<br>TEL: (617) 248-5000<br>FAX: (617) 248-4000<br>rkole@choate.com<br><br>*ATTORNEYS FOR DEFENDANT*<br>*LIBERTY MUTUAL INSURANCE COMPANY* |

Date: December 12, 2013

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 12, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent Notice of Electronic Filing to the following:

William Gust, Polsinelli PC
       wgust@polsinelli.com
Tiffany J. Andersen, Polsinelli PC
       tandersen@polsinelli.com
Troy B. Froderman, Polsinelli PC
       tfroderman@polsinelli.com
***Attorneys for Plaintiff Mallinckrodt US LLC***

John P. Kemppainen, Rynearson, Suess, Schnurbusch & Champion, LLC
       jkemppainen@rssclaw.com
Heather J. Hayes, Rynearson, Suess, Schnurbusch & Champion, LLC
       hhayes@rssclaw.com
Robert A. Kole, Choate, Hall & Stewart LLP
       rkole@choate.com
***Attorneys for Defendant Liberty Mutual Insurance Company***

                                      /s/ Tiffany J. Andersen